1   Michelle A. Clark, Bar No. 243777 (Requesting Admission)
    miclark@littler.com
2   Jemuel S. Gascon, Bar No. 339241
    jgascon@littler.com
3   LITTLER MENDELSON, P.C.
    5200 North Palm Avenue
4   Suite 302
    Fresno, California 93704.2225
5   Telephone:    559.244.7500
    Fax No.:       559.244.7525
6
7   Attorneys for Defendants
    ASRC FEDERAL HOLDING COMPANY, LLC AND AS
8   AND D, LLC

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  NALIN EYRE, | Case No. |
| 13          Plaintiff, | **DECLARATION OF JEMUEL GASCON IN SUPPORT OF DEFENDANTS ASRC FEDERAL HOLDING COMPANY, LLC AND AS AND D, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| 14          v. | |
| 15  ASRC FEDERAL HOLDING COMPANY, LLC, an Alaska Limited Liability Company, | |
| 16  AS&D, INC., a Corporation, BILL GULLEY, an individual, and DOES 1 through 100, | |
| 17  INCLUSIVE, | Action filed in State Court 08/26/2022 Kern County Superior Court Case No. BCV-22-102271 |
| 18          Defendants. | |

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

DECLARATION OF JEMUEL GASCON

1      I, Jemuel S. Gascon, hereby declare and state as follows:

2      1.      I am an attorney with Littler Mendelson, P.C., and licensed to practice before all courts

3 in the State of California and before the United States District Court for the Eastern District of

4 California. I am one of the attorneys representing Defendants ASRC Federal Holding Company, LLC

5 and AS and D, LLC (which is misidentified as a corporation in the Complaint)

6 (collectively "Defendants") in the above-titled action. I have personal knowledge of the facts set

7 forth in this declaration and could testify to the same if called as a witness in this matter.

8      2.      On or about August 26, 2022, Plaintiff filed this action in the Kern County Superior

9 Court, titled *Nalin Eyre vs. ASRC Federal Holding Company, LLC, an Alaskan Limited Liability*

10 *Company, AS&D, Inc., a Corporation, and Does 1 through 100, inclusive,* Case Number BCV-22-

11 102271 (the "Complaint"). A true and accurate copy of Plaintiff's Complaint is attached to hereto as

12 Exhibit A.

13      3.      Plaintiff then amended her complaint on September 20, 2022, to add Bill Gulley as

14 defendant after counsel indicated its intent to remove the case to the United States District Court for

15 the Eastern District of California. Mr. Gulley is only subject to Plaintiff's intentional inflection of

16 emotional distress claim. A true and accurate copy of Plaintiff's First Amended Complaint is hereto

17 as Exhibit B.

18      4.      On October 18, 2022, Defendants signed and returned the Notice of Acknowledgment

19 of Receipt to Plaintiff's counsel. A true and accurate copy the signed Notice of Acknowledgement is

20 attached hereto as Exhibit C.

21      5.      To the best of my knowledge, none of the un-named "Doe" defendants have been

22 identified or served with the Complaint to date.

23      6.      Defendants filed a General Denial and Affirmative Defenses to Plaintiff's First

24 Amended Complaint on or about November 16, 2022. A true and accurate copy of Defendants'

25 Answer is attached hereto as Exhibit D.

26      7.      True and correct copies of the remaining submissions in this action on file with the

27 Superior Court along with the docket report are attached hereto as Exhibit E. To the best of my

28 knowledge, no further process, pleadings, or orders related to this case have been served by any party.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2      DECLARATION OF JEMUEL GASCON

8.      By no later than November 17, 2022, Defendants will provide written notice of the filing of this Notice of Removal to Plaintiff. A true and correct copy of Defendants' Notice to Plaintiff of Removal of Civil Action to Federal Court is attached hereto as Exhibit F.

9.      By no later than November 17, 2022, Defendants will file with the Clerk for the State Court a Notice to State Court of Removal of Civil Action to Federal Court in this action, together with a copy of Defendants' Notice to Federal Court of Removal. A true and correct copy of the Notice to State Court of Removal of Civil Action to Federal Court is attached hereto as Exhibit G.

10.     A true and correct copy of the US Attorney's Office of the Central District listing Edwards Airforce Base as a mixed jurisdiction is attached hereto as Exhibit H.  I obtained this listing from https://www.justice.gov/usao-cdca/our-district/federal-land-and-facilities, last visited on November 16, 2022.

11.     A true and correct copy of a publicly available map of Edwards Airforce Base's federal and state jurisdiction is attached hereto as Exhibit I.  A true and correct copy of email correspondence between myself and government agencies confirming that Exhibit I is the most up to date map identifying the federal enclave boundaries is attached as Exhibit J-K.

12.     Edwards Airforce Base confirmed through correspondence that the building located at 8 Draco Dr AFRL, Edwards, CA is subject to federal jurisdiction because it falls within the federal enclave.  A true and correct copy of correspondence between 412 Civil Engineer Group and an attached aerial photo of Building 8350, Mr. Gulley's work location, which I obtained on November 14, 2022 from Colleen Evangelista-Weeks, Freedom of Information Act Manager of the Airforce Division, is attached hereto as Exhibit M.

13.     An aerial map of Plaintiff's work location at 106 North Mercury Blvd, Edwards AFB, CA, which I obtained on November 14, 2022 from Colleen Evangelista-Weeks, Freedom of Information Act Manager of the Airforce Division confirms that it falls within the federal enclave as defined by Exhibit I, is attached hereto as Exhibit N.

14.     A true and correct copy of excerpts of the Inventor Report on Jurisdictional Status of Federal Areas within the States, which identifies Edwards Airforce Base, and was published in 1962, is attached hereto as Exhibit O.  This publication was identified by U.S. General Services

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

3                    DECLARATION OF JEMUEL GASCON

1  Administration (GSA) in response to a FOIA request seeking identification of geographic regions

2  subject to federal jurisdiction via a website link (https://publiclandjurisdiction.com/wp-

3  content/uploads/2020/01/JURISD1.pdf).

4      I certify and declare under the penalty of perjury under the laws of the State of California that

5  the foregoing is true and correct.

6      Executed on November 16, 2022, at Fresno, California.

7

8  _____

9  Jemuel S. Gascon

10

11  4883-6879-9796.3 / 059830-1071

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

4          DECLARATION OF JEMUEL GASCON

# Exhibit A

ELECTRONICALLY FILED
8/26/2022 5:51 PM
Kern County Superior Court
By Edith Carrillo, Deputy

1

**T. JOSHUA RITZ & ASSOCIATES, INC.**
**ATTORNEYS-AT-LAW**

2

15233 Ventura Blvd Ste 1002

3

Sherman Oaks CA 91403
T: 818.788.1123

4

F: 818.788.1126
www.rrhllp.com

5

T. JOSHUA RITZ, BAR NO. 172364

6

ATTORNEYS FOR PLAINTIFF
NALIN EYRE

7

8     **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9     **FOR THE COUNTY OF KERN**

10

| NALIN EYRE, | ) CASE NO:    BCV-22-102271 |
|---|---|

11

)

12

Plaintiff,    ) CIVIL UNLIMITED

)

13

v.    ) COMPLAINT FOR DAMAGES

)

14

ASRC FEDERAL HOLDING COMPANY,    )
LLC, an Alaska Limited Liability Company,    )

15

AS&D, INC., a Corporation, and DOES 1    )
through 100, INCLUSIVE,    )

16

)

17

Defendants.    )

18

)

19

)

**1. LABOR CODE RETALIATION § 98.6; AND**
**2. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.**

20

21     Plaintiff Nalin Eyre alleges:

22     **INTRODUCTION**

23     1.    Plaintiff Nalin Eyre was employed by Defendant ASRC Federal Holding

24     Company, LLC ("ASRC") and AS&D, Inc. ("ASD") (collectively, the "Employer

25     Defendants") for approximately two years as a General Clerk III and assigned to work at

26     the Edwards Air Force base in Edwards, California. After the Covid-19 pandemic, many

27     in her department worked remotely leaving Ms. Eyre without any one to relieve her for

28     meal or rest breaks. After approximately four months, she reported and complained about

**T. Joshua Ritz & Associates, Inc.**
**Attorneys-At-Law**
T: 818.788.1123 F: 818.788.1126
www.rrhllp.com

---

**PLAINTIFF NALIN EYRE'S COMPLAINT FOR DAMAGES**

the ongoing Labor Code violations to management and inquired about her unpaid wages and months of missed meal and rest breaks. As a result, in retaliation for inquiring and complaining about Labor Code violations, i.e., unpaid wages and missed meal and rest breaks, Ms. Eyre was terminated.

**PARTIES/VENUE**

2.      Plaintiff Nalin Eyre was at all relevant times an employee of Defendant ASRC and ASD.

3.      Plaintiff is informed and believes, and upon that basis alleges, Defendant ASRC is an Alaska Limited Liability Company and is authorized to and regularly and customarily does business in California. At all relevant times, ASRC employed Plaintiff Nalin Eyre. The events that form the basis of this lawsuit took place in the County of Kern.

4.      Plaintiff is informed and believes, and upon that basis alleges, Defendant ASD is a Corporation of unknown registration which is otherwise authorized to and regularly and customarily does business in California. At all relevant times, ASD employed Plaintiff Nalin Eyre. The events that form the basis of this lawsuit took place in the County of Kern.

5.      Plaintiff is informed and believes, and upon that basis alleges, the Employer Defendants were Plaintiff's joint employers.

6.      The true names and capacities of Defendants DOES 1 through 100 are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names.

7.      Plaintiff is informed and believes and upon that basis alleges that DOES 1 through 100 are the controlling entities and/or alter egos of the other Defendants, and of each other, and ratified, authorized, and/or directed the conduct of Defendants ASRC and ASD. In doing the things hereinafter alleged, the Defendants, and each of them, acted as the agents, servants and employees of their co-Defendants, who acted within the course and scope of their agency and employment, and with the knowledge, consent and approval of their co-Defendants whereby their conduct was ratified by their co-

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

2

**PLAINTIFF NALIN EYRE'S COMPLAINT FOR DAMAGES**

Defendants.  Plaintiff is informed and believes and upon that basis allege that DOES 1 through 50 are individual Defendants liable to Plaintiff or otherwise facing tort liability for their intentional conduct directed at Plaintiff.

### FACTUAL ALLEGATIONS

8.    Plaintiff Nalin Eyre began working for Defendants ASRC and ASD on or about October 1, 2018. Ms. Eyre was hired for the General Clerk III position at Edwards Air Force Base in Edwards, California. Her duties included, but were not limited to, monitoring the weather, handling emergency operations and coordinating paperwork with different units within the company.

9.    After the Covid-19 pandemic, many in her department worked remotely leaving Ms. Eyre without anyone to relieve her for meal or rest breaks. Despite her numerous requests to her supervisor for a backup during her breaks, no person was assigned to cover her, resulting in Ms. Eyre missing all her rest and meal breaks during the four-month time frame when she was left working alone at the physical worksite. After Ms. Eyre's numerous complaints to management and Human Resources, she was reluctantly compensated for the majority of the Labor Code violations.

10.    Subsequently, approximately one week after Ms. Eyre was reluctantly compensated for the majority of the Labor Code violations, Ms. Eyre was asked to remotely join a meeting with Defendant's general manager, Bill Gulley, the safety manager, Lenna Kleinschmidt, and the head of Human Resources, Olivia Leary. During this meeting with management, Ms. Eyre was informed that she no longer met the academic requirements of the very position she was hired to do and had been doing throughout her tenure for about two years.  The alleged academic requirement was never communicated to Ms. Eyre throughout her tenure with Defendant and it was only brought up after her numerous complaints about the ongoing Labor Code violations.  As a result of this suddenly required and/or enforced requirement, Ms. Eyre was asked to reapply to ASRC and ASD in order to reinterview for the very position she presently held at the time of the meeting with management. She was also informed that if she didn't reapply,

3

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

her current position with ASRC and ASD was going to end by August 28, 2020. Ms. Eyre was confused by the meeting.  It was her understanding that her supervisor did not have a four-year college degree.

11.    Subsequently, Ms. Eyre did in fact reapply for her current position and was provided a job number. When she accessed the job description page with the provided reference number, she realized that the accessed description did not match her current job description but was reassured by management that it was for the same position. When it came time for the interview, Ms. Eyre's was interviewed for another position and not the one she currently held, so she was not considered.

12.    On August 26, 2020, Ms. Eyre was wrongfully terminated in retaliation for reporting the ongoing Labor Code violations.

**FIRST CAUSE OF ACTION**

**FOR RETALIATION (Labor Code § 98.6)**

**AGAINST THE EMPLOYER DEFENDANTS**

**AND DOES 1 THROUGH 100**

13.    The allegations set forth in paragraphs 1 through 12 are realleged and incorporated by reference as though fully set forth herein.

14.    Labor Code Section 98.6 protects an employee from, inter alia, retaliation, discrimination or any adverse action when the employee makes a "written or oral complaint that he or she is owed unpaid wages, or because the employee has initiated any action or notice pursuant to Section 2699 . . . or . . . because of the exercise by the employee or applicant for employment on behalf of himself, herself, or others of any rights afforded him or her."

15.     In addition to other remedies available, a civil penalty of up to $10,000 may be awarded to an employee for each violation of Labor Code Section 98.6.

16.    Throughout Plaintiff's employment with Defendants ASRC and ASD, she lodged protected complaints about not getting paid for all hours worked and not receiving her proper meal and rest breaks.

4

**PLAINTIFF NALIN EYRE'S COMPLAINT FOR DAMAGES**

17.    Upon making the complaints, Defendants ASRC and ASD retaliated, discriminated against and subjected Plaintiff to adverse actions that included termination.

18.    Defendants ASRC and ASD engaged in conduct that, taken as a whole, materially and adversely affected the terms and conditions of Plaintiff's employment.

19.    Plaintiff has been harmed. Defendant's retaliation is a substantial factor in causing that harm.

20.    As a proximate result of Defendant's retaliatory conduct, Plaintiff has sustained losses in earnings and other employment benefits. As a proximate result of Defendant's retaliation, Plaintiff has suffered and continued to suffer humiliation, emotional distress, mental and physical pain and anguish, pain and suffering, loss of sleep, anxiety, depression and shame.

21.    In light of Defendant's willful, knowing and intentional retaliation, Ms. Eyre seeks and award of punitive and exemplary damages in an amount according to proof.

22.    Plaintiff has incurred and continues to incur legal expenses and attorney's fees. Plaintiff will seek recovery of her attorneys' fees and costs at the conclusion of this lawsuit.

**SECOND CAUSE OF ACTION**

**FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**AGAINST THE EMPLOYER DEFENDANTS**

**AND DOES 1 THROUGH 100**

23.    The allegations set forth in paragraphs 1 through 22 are realleged and incorporated by reference as though fully set forth herein.

24.    Defendants intended to cause Plaintiff emotional distress, or at a minimum, acted with reckless disregard of the probability that Plaintiff would suffer emotional distress.

25.    Plaintiff has suffered severe emotional distress and physical manifestations of that emotional distress.

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

5

26.    Defendants' conduct was a substantial factor in causing Plaintiff's severe emotional distress.

27.    Plaintiff's damages include, but are not limited to, lost earnings, future earning capacity and other employment benefits.  Plaintiff has also suffered and continues to suffer depression, anxiety, loss of sleep, depression, shame, loss of appetite, humiliation, emotional distress, pain and suffering, anxiety, depression and shame.

28.    In light of the willful, knowing and intentional infliction of emotional distress, Plaintiff seeks an award of punitive and exemplary damages in an amount according to proof.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff NALIN EYRE prays for judgment, including joint and several liability, against each Defendant, as follows:

1.    For compensatory damages, including past, present and prospective lost wages, employment benefits and medical expenses;

2.    For mental and emotional distress damages;

3.    For penalties pursuant to the Labor Code including but not limited to:

a.  Pursuant to Labor Code Section 98.6, a $10,000 penalty per violation;

4.    The Court declare, adjudge, and decree that Defendant's employment practices violated one or more sections of the Labor Code;

5.    For injunctive relief;

6.    For punitive damages;

7.    For an award of attorneys' fees;

///

///

///

///

///

///

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

**PLAINTIFF NALIN EYRE'S COMPLAINT FOR DAMAGES**

8.      For incurred costs; and

9.      For such other and further relief as the Court deems just and appropriate.


DATE: August 26, 2022           **T. JOSHUA RITZ & ASSOCIATES, INC.**

By: _____
      T. JOSHUA RITZ
      ATTORNEYS FOR PLAINTIFF
      NALIN EYRE

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllp.com

7

**PLAINTIFF NALIN EYRE'S COMPLAINT FOR DAMAGES**

# Exhibit B

AMENDED

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>ASRC FEDERAL HOLDING COMPANY, LLC, an Alaska Limited<br>Liability Company, AS&D, INC., a Corporation, BILL<br>GULLEY, an individual, and DOES 1 through 100, INCLUSIVE,<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>NALIN EYRE | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)*<br>**ELECTRONICALLY FILED**<br>9/20/2022 5:36 PM<br>**Kern County Superior Court**<br>**By Vanesa Jackson, Deputy** |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Metro Division<br><br>1215 Truxtun Ave<br>Bakersfield, CA 93301 | CASE NUMBER:<br>*(Número del Caso):*<br><br>BCV-22-102271 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
T. Joshua Ritz - 15233 Ventura Blvd, Ste. 1002, Sherman Oaks, CA 91403

| DATE: 9/21/2022 | TAMARAH HARBER-PICKENS | Clerk, by Vanesa Jackson | , Deputy |
|---|---|---|---|
| *(Fecha)* | | *(Secretario)* _____ | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| [SEAL] | 1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☐ on behalf of *(specify):*<br><br>under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)<br>        ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)<br>        ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)<br>        ☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

**T. JOSHUA RITZ & ASSOCIATES, INC.**
**ATTORNEYS-AT-LAW**
15233 Ventura Blvd Ste 1002
Sherman Oaks CA 91403
T: 818.788.1123
F: 818.788.1126
www.rrhllp.com
T. JOSHUA RITZ, BAR NO. 172364

ATTORNEYS FOR PLAINTIFF
NALIN EYRE

**ELECTRONICALLY FILED**
**9/20/2022 5:36 PM**
**Kern County Superior Court**
**By Vanesa Jackson, Deputy**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF KERN

| | |
|---|---|
| NALIN EYRE, | CASE NO: BCV-22-102271 |
| Plaintiff, | CIVIL UNLIMITED |
| v. | FIRST AMENDED COMPLAINT FOR DAMAGES |
| ASRC FEDERAL HOLDING COMPANY, LLC, an Alaska Limited Liability Company, AS&D, INC., a Corporation, BILL GULLEY, an individual, and DOES 1 through 100, INCLUSIVE, | **1. LABOR CODE RETALIATION § 98.6; AND** **2. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.** |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff Nalin Eyre alleges:

## INTRODUCTION

1.      Plaintiff Nalin Eyre was employed by Defendant ASRC Federal Holding Company, LLC ("ASRC") and AS&D, Inc. ("ASD") (collectively, the "Employer Defendants") for approximately two years as a General Clerk III and assigned to work at the Edwards Air Force base in Edwards, California. After the Covid-19 pandemic, many in her department worked remotely leaving Ms. Eyre without any one to relieve her for

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllp.com

meal or rest breaks. After approximately four months, she reported and complained about the ongoing Labor Code violations to management and inquired about her unpaid wages and months of missed meal and rest breaks. As a result, in retaliation for inquiring and complaining about Labor Code violations, i.e., unpaid wages and missed meal and rest breaks, Ms. Eyre was terminated.

**PARTIES/VENUE**

2.      Plaintiff Nalin Eyre was at all relevant times an employee of Defendant ASRC and ASD.

3.      Plaintiff is informed and believes, and upon that basis alleges, Defendant ASRC is an Alaska Limited Liability Company and is authorized to and regularly and customarily does business in California. At all relevant times, ASRC employed Plaintiff Nalin Eyre. The events that form the basis of this lawsuit took place in the County of Kern.

4.      Plaintiff is informed and believes, and upon that basis alleges, Defendant ASD is a Corporation of unknown registration which is otherwise authorized to and regularly and customarily does business in California. At all relevant times, ASD employed Plaintiff Nalin Eyre. The events that form the basis of this lawsuit took place in the County of Kern.

5.      Plaintiff is informed and believes, and upon that basis alleges, the Employer Defendants were Plaintiff's joint employers.

6.      Plaintiff is informed and believes, and upon that basis alleges, Defendant Bill Gulley is an individual that at all relevant times was the General Manager for the Employer Defendants.  Plaintiff is informed and believes, and upon that basis alleges, that at all relevant times, Defendant Gulley primarily worked for the Employer Defendants in the County of Kern.

7.      The true names and capacities of Defendants DOES 1 through 100 are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names.

8.      Plaintiff is informed and believes and upon that basis alleges that DOES 1

2

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

through 100 are the controlling entities and/or alter egos of the other Defendants, and of each other, and ratified, authorized, and/or directed the conduct of Defendants ASRC and ASD. In doing the things hereinafter alleged, the Defendants, and each of them, acted as the agents, servants and employees of their co-Defendants, who acted within the course and scope of their agency and employment, and with the knowledge, consent and approval of their co-Defendants whereby their conduct was ratified by their co-Defendants.  Plaintiff is informed and believes and upon that basis allege that DOES 1 through 50 are individual Defendants liable to Plaintiff or otherwise facing tort liability for their intentional conduct directed at Plaintiff.

**FACTUAL ALLEGATIONS**

9.     Plaintiff Nalin Eyre began working for Defendants ASRC and ASD on or about October 1, 2018. Ms. Eyre was hired for the General Clerk III position at Edwards Air Force Base in Edwards, California. Her duties included, but were not limited to, monitoring the weather, handling emergency operations and coordinating paperwork with different units within the company.

10.     After the Covid-19 pandemic, many in her department worked remotely leaving Ms. Eyre without anyone to relieve her for meal or rest breaks. Despite her numerous requests to her supervisor for a backup during her breaks, no person was assigned to cover her, resulting in Ms. Eyre missing all of her rest and meal breaks during the four-month time frame when she was left working alone at the physical worksite. After Ms. Eyre's numerous complaints to management and Human Resources, she was reluctantly compensated for the majority of the Labor Code violations.

11.     Subsequently, approximately one week after Ms. Eyre was reluctantly compensated for the majority of the Labor Code violations, Ms. Eyre was asked to remotely join a meeting with Defendant General Manager, Bill Gulley, the Safety Manager, Lenna Kleinschmidt, and the head of Human Resources, Olivia Leary. During this meeting with management, Ms. Eyre was informed that she no longer met the academic requirements of the very position she was hired to do and had been doing

3

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

throughout her tenure for about two years.  The alleged academic requirement was never communicated to Ms. Eyre throughout her tenure with Defendant and it was only brought up after her numerous complaints about the ongoing Labor Code violations.  As a result of this suddenly required and/or enforced requirement, Ms. Eyre was asked to reapply to ASRC and ASD in order to reinterview for the very position she presently held at the time of the meeting with management. She was also informed that if she didn't reapply, her current position with ASRC and ASD was going to end by August 28, 2020. Ms. Eyre was confused by the meeting.  It was her understanding that her supervisor did not have a four-year college degree.

12.    Subsequently, Ms. Eyre did in fact reapply for her current position and was provided a job number. When she accessed the job description page with the provided reference number, she realized that the accessed description did not match her current job description but was reassured by management that it was for the same position. When it came time for the interview, Ms. Eyre's was interviewed for another position and not the one she currently held, so she was not considered.

13.    On August 26, 2020, Ms. Eyre was wrongfully terminated in retaliation for reporting the ongoing Labor Code violations.

**FIRST CAUSE OF ACTION**

**FOR RETALIATION (Labor Code § 98.6)**

**AGAINST THE EMPLOYER DEFENDANTS**

**AND DOES 1 THROUGH 100**

14.    The allegations set forth in paragraphs 1 through 13 are realleged and incorporated by reference as though fully set forth herein.

15.    Labor Code Section 98.6 protects an employee from, *inter alia*, retaliation, discrimination or any adverse action when the employee makes a "written or oral complaint that he or she is owed unpaid wages, . . . or . . . because of the exercise by the employee or applicant for employment on behalf of himself, herself, or others of any rights afforded him or her."

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

4

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

*///*

16.    In addition to other remedies available, a civil penalty of up to $10,000 may be awarded to an employee for each violation of Labor Code Section 98.6.

17.    Throughout Plaintiff's employment with Defendants ASRC and ASD, she lodged protected complaints about not getting paid for all hours worked and not receiving her proper meal and rest breaks.

18.    Upon making the complaints, Defendants ASRC and ASD retaliated, discriminated against and subjected Plaintiff to adverse actions that included termination.

19.    Defendants ASRC and ASD engaged in conduct that, taken as a whole, materially and adversely affected the terms and conditions of Plaintiff's employment.

20.    Plaintiff has been harmed. Defendant's retaliation is a substantial factor in causing that harm.

21.    As a proximate result of Defendant's retaliatory conduct, Plaintiff has sustained losses in earnings and other employment benefits. As a proximate result of Defendant's retaliation, Plaintiff has suffered and continued to suffer humiliation, emotional distress, mental and physical pain and anguish, pain and suffering, loss of sleep, anxiety, depression and shame.

22.    In light of Defendant's willful, knowing and intentional retaliation, Ms. Eyre seeks and award of punitive and exemplary damages in an amount according to proof at trial.

23.    Plaintiff has incurred and continues to incur legal expenses and attorney's fees. Plaintiff will seek recovery of her attorneys' fees and costs at the conclusion of this lawsuit.

## SECOND CAUSE OF ACTION

## FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## AGAINST THE EMPLOYER DEFENDANTS AND DEFENDANT GULLEY

## AND DOES 1 THROUGH 100

24.    The allegations set forth in paragraphs 1 through 23 are realleged and

5

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhlio.com

incorporated by reference as though fully set forth herein.

25.    Defendants intended to cause Plaintiff emotional distress, or at a minimum, acted with reckless disregard of the probability that Plaintiff would suffer emotional distress.  Further, Plaintiff is informed and believes, and upon that basis alleges, Defendant Gulley orchestrated a malicious plan to terminate Plaintiff in response to her wage and hour complaints.  In response to Plaintiff's complaints about not receiving legally required breaks and compensation for all hours worked, Defendant Gulley changed the educational requirements of the Site Operation Control Center ("SOCC") position, a position Plaintiff had already held for approximately two years. As part of the plan, Defendant Gulley then ordered Plaintiff to reapply to the same position she had held for almost two years knowing that she did not meet the newly created educational requirements for the position.  Defendant Gulley also asked Plaintiff to apply for the Scheduler position which had similar educational requirements that Plaintiff could not satisfy.

26.    In furtherance of his plan, Defendant Gulley also arranged for Plaintiff's interviews and made sure she was only interviewed for the Scheduler position and not the SOCC position she had already held for two years.  Defendant Gulley was creating a false basis for Plaintiff's termination. Defendant Gulley made these arrangements to obscure his decision to terminate Plaintiff in response to her complaints about Labor Code wage and hour violations.  Plaintiff also applied for a Safety Specialist position.  Defendant  Gulley knew Plaintiff had applied for this position and made sure Plaintiff was never scheduled for any interviews for the position or otherwise considered it.

27.    Defendant Gulley's malicious plan was extreme and outrageous and caused Plaintiff to suffer severe emotional distress.  Defendant Gulley either intended to cause Plaintiff severe emotional distress or otherwise acted with reckless disregard for the foreseeable likelihood that his conduct would cause Plaintiff to suffer severe emotional distress**.**

28.    Plaintiff has suffered severe emotional distress and physical manifestations

6

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

of that emotional distress.

29.    Defendants' conduct was a substantial factor in causing Plaintiff's severe emotional distress.

30.    Plaintiff's damages include, but are not limited to, lost earnings, future earning capacity and other employment benefits. Plaintiff has also suffered and continues to suffer depression, anxiety, loss of sleep, depression, shame, loss of appetite, humiliation, emotional distress, pain and suffering, anxiety, depression and shame.

31.    In light of the willful, knowing and intentional infliction of emotional distress, Plaintiff seeks an award of punitive and exemplary damages in an amount according to proof at trial.

## DEMAND FOR JURY TRIAL

32.    Plaintiff hereby demands a jury trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff NALIN EYRE prays for judgment, including joint and several liability, against each Defendant, as follows:

1.    For compensatory damages, including past, present and prospective lost wages, employment benefits and medical expenses;

2.    For mental and emotional distress damages;

3.    For penalties pursuant to the Labor Code including but not limited to:

    a.  Pursuant to Labor Code Section 98.6, a $10,000 penalty per violation;

4.    The Court declare, adjudge, and decree that Defendant's employment practices violated one or more sections of the Labor Code;

5.    For injunctive relief;

6.    For punitive damages;

7.    For an award of attorneys' fees;

8.    For incurred costs; and

///

///

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllo.com

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

1     9.     For such other and further relief as the Court deems just and appropriate.

2

3    DATE: September 20, 2022     **T. JOSHUA RITZ & ASSOCIATES, INC.**

4

5                                  *T. Joshua Ritz*

6               By: _____

7                  T. JOSHUA RITZ
                      ATTORNEYS FOR PLAINTIFF

8                  NALIN EYRE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

T. Joshua Ritz & Associates, Inc.
Attorneys-At-Law
T: 818.788.1123 F: 818.788.1126
www.rrhllp.com

**PLAINTIFF NALIN EYRE'S FIRST AMENDED COMPLAINT FOR DAMAGES**

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| T. Joshua Ritz          SBN: 172364<br>T. JOSHUA RITZ & ASSOCIATES, INC.<br>15233 Ventura Blvd, Ste. 1002<br>Sherman Oaks, CA 91403<br>TELEPHONE NO.: (818) 788-1123   FAX NO.: (818) 788-1126<br>ATTORNEY FOR *(Name):* Plaintiff NALIN EYRE | ELECTRONICALLY FILED<br>8/26/2022 5:51 PM<br>Kern County Superior Court<br>By Edith Carrillo, Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kern County Superior Court
STREET ADDRESS: 1215 Truxtun Avenue
MAILING ADDRESS: 1215 Truxtun Avenue
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metro Division

CASE NAME:
Eyre v. ASRC Federal Holding Company, LLC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ✓ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | BCV-22-102271 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ✓ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ✓ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties      d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve            in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence          f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✓ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ✓ punitive
4. Number of causes of action *(specify):* Two (2)
5. This case ☐ is ✓ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 26, 2022
T. Joshua Ritz

_____
(TYPE OR PRINT NAME)          ▶          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all**
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov*

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*

| | FOR COURT USE ONLY |

TELEPHONE NO.:                                   FAX NO *(Optional).*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)* :

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:

DEFENDANT:

| ADR STIPULATION AND ORDER FORM | CASE NUMBER: |

1.  Pursuant to California Rule of Court 3.221(a)(4), the parties and their attorneys stipulate that all claims in

    this action will be submitted to the following alternative dispute resolution (ADR) process:

    a.  ☐  Private Mediation.

    b.  ☐  Neutral Evaluation.

    c.  ☐  Binding Arbitration.

    d.  ☐  Referee/Special Master.

    e.  ☐  Settlement Conference with Private Neutral.

    f.  ☐  Non-binding Judicial Arbitration pursuant to CCP§1141.10 et seq., and applicable Rules of Court.

    g.  ☐  Discovery will remain open until 30 days before trial.

    h.  ☐  Other:                                                                                                        .

2.  It is also stipulated that

    a.                                                                     (name of individual neutral, not organization)

        has consented to and will serve as

    b.                                                   (neutral function/process) and that the session will take place on

    c.                                            (enter a FIRM date) and that all persons necessary to effect a settlement
        and having full authority to resolve the dispute will appear at such session.

CEB
ceb.com

Essential
Forms

| PLAINTIFF:<br><br>DEFENDANT: | CASE NUMBER: |
|---|---|

3.  Date:

  a.   On behalf of Plaintiff/s

_____     _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

_____     _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

  ☐ Continued on *Attachment 3a* (form MC-025).

  b.   On behalf of Defendant/s

_____     _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF DEFENDANT OR ATTORNEY)

_____     _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF DEFENDANT OR ATTORNEY)

  ☐ Continued on *Attachment 3a* (form MC-025).

4.  ORDER:

  a.   ☐ The ADR process is to be completed by                                              .

  b.   ☐ The Case Management Conference currently set for                               ,  at
         ☐ a.m.   ☐ p.m. in Department                                       :

    i.    ☐   Remains on calendar.
    ii.   ☐   Is hereby vacated.

  c.   ☐ Mediation Status Review.

  d.   ☐ Case Status Review re:                                                              .

  e.   ☐ Final Case Management Conference is set for                   , at               ☐ a.m.
         ☐ p.m. in Department                    .

  f.   ☐ Judicial Arbitration Order Review Hearing will be set by notice upon assignment of
         arbitrator.

**IT SO ORDERED.**

Date: _____

_____
JUDICIAL OFFICER

CEB®
ceb.com    Essential Forms

<table>
<tr><td colspan="2">

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF KERN**
BAKERSFIELD COURT
1215 TRUXTUN AVENUE
BAKERSFIELD CA  93301

</td><td>

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF KERN

SEPTEMBER 07, 2022
BY *Edith Carrillo* DEPUTY

</td></tr>
</table>

| | |
|---|---|
| PLAINTIFF/PETITIONER:<br>  NALIN  EYRE<br>DEFENDANT/RESPONDENT:<br>  ASRC FEDERAL HOLDING COMPANY, LLC, AN ALASKA<br>  LIMITED LIABILITY COMPANY<br>  AS&D, INC., A CORPORATION | |
| NOTICE OF ASSIGNMENT TO JUDGE FOR ALL PURPOSES AND<br>NOTICE OF ORDER TO SHOW CAUSE RE CRC RULE 3.110 AND<br>NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br><br>BCV-22-102271 |

By order of the presiding judge, the above entitled case is assigned to the Honorable Bernard C. Barmann, JR for all purposes. It will be managed on the direct calendar program in Bakersfield Division H until its conclusion. Peremptory challenges, if any, must be made within the times set out in CCP §170.6.  Please include the initials **BCB** after the case number on all future pleadings filed in this case.

**TO PLAINTIFF AND PLAINTIFF'S COUNSEL:**
You are ordered to appear on **December 21, 2022** in **Bakersfield Division H** at **8:30 AM** to give any legal reason why sanctions shall not be imposed for failure to serve the complaint on all named defendants and file proof(s) of service with the court within sixty (60) days after the filing of the complaint pursuant to California Rules of Court, Rule 3.110.  All appearances are mandatory, unless the court receives the required proof(s) of service five (5) court days prior to the hearing date, and then no appearance is necessary.

**TO EACH PARTY AND THEIR RESPECTIVE ATTORNEY(S) OF RECORD:**
This case is set for Case Management Conference, by the Honorable Bernard C. Barmann, JR on **March 06, 2023** at **8:30AM** in **Bakersfield Division H**.  Case management statements are to be filed at least fifteen (15) days prior to the conference in accordance with California Rules of Court, Rules 3.720 – 3.730.  All parties shall comply with California Rules of Court, Rules 3.720 – 3.730.

**NOTICE TO PLAINTIFF'S COUNSEL**

**IMPORTANT**:  **You are required to serve this Notice of Assignment and Notice of Order to Show Cause Date and Notice of Case Management Conference Date with the Summons, Complaint [Local Rule 3.7(a)], Alternative Dispute Resolution (ADR) Information Packet, and ADR Stipulation and Order Form ( California Rules of Court, Rule 3.221).**

**NOTICE TO CROSS COMPLAINANT'S COUNSEL**

**IMPORTANT**:  **If you are bringing a cross complaint against new parties, you are, likewise, required to serve this Notice of Assignment pursuant to California Rules of Court, Rule 3.110 and Notice of Order to Show Cause date and Notice of Case Management Conference date on the new cross defendants.**

Date:  September 07, 2022

**TAMARAH HARBER-PICKENS**
CLERK OF THE SUPERIOR COURT

Signed: 9/7/2022 4:51:11 PM

By:  _____
Edith Carrillo, Deputy Clerk

EYRE VS ASRC FEDERAL HOLDING COMPANY, LLC, AN ALASKA LIMITED LIABILITY COMPANY ET AL
BCV-22-102271

The Clerk of the Superior Court's office has received a civil complaint from you for filing.  Pursuant to the Trial Court Delay Reduction Act, your case has been assigned to the Honorable Bernard C. Barmann, JR as monitoring judge.

Judge Bernard C. Barmann, JR has instituted a direct calendaring system for all cases assigned to him/her as the monitoring judge.

All law and motion, case management and trial setting conferences, ex parte matters and trials will be scheduled before him/her in Bakersfield Division H. This will involve all cases in which the clerk has assigned the initials BCB to the complaint at the time of filing.  Counsel is expected to make the initials of the monitoring judge a part of the case number on all pleadings and papers.

Law & Motion and Ex-Parte hearing dates must be pre-cleared by contacting the Direct Calendaring Clerk at  (661) 868-7204.   Tentative rulings can be located by visiting "http://www.kern.courts.ca.gov/", after 4:00 pm.  Click on the Non-Criminal Case Information link to enter the case number.  Please note, not all departments provide tentative rulings.

At the time of filing the complaint, plaintiff's counsel will be given a Notice of Case Management Conference which sets a conference approximately one hundred eighty (180) days after filing of the complaint.  This notice must be served with the summons and complaint on all defendants. Defendants must serve the notice on all cross-defendants named.  The notice must also be served on interveners and lien claimants.

Telephonic appearances for case management conferences and law and motion hearings are available through Court Call. The toll free telephone number for Court Call is (888) 88-COURT.  Proper procedures must be complied with under California Rules of Court, Rule 3.670.  Arrangements to make appearances through Court Call must be made at least five (5) court days prior to the hearing date.

Another judge will hear settlement conferences in cases assigned to Judge Bernard C. Barmann, JR.  However, those cases that do not settle will be set for trial before him/her.

EYRE VS ASRC FEDERAL HOLDING COMPANY, LLC, AN ALASKA LIMITED LIABILITY COMPANY ET AL
BCV-22-102271

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF KERN
### SPECIAL RULES RELATING TO CASE MANAGEMENT CONFERENCES

At least fifteen (15) days prior to the case management conference, each party shall prepare, file and serve on each other party a case management conference statement providing the Court with the following information:

1. The "at-issue" status of the case including any new parties that may be contemplated;
2. A brief statement of the type of case and the general facts or contentions;
3. A description of the discovery done to date and that contemplated to be done;
4. Estimated time for trial and whether a jury is demanded;
5. Whether or not the case is entitled to priority in trial setting and if so, the legal authority thereof;
6. An evaluation of the case for alternative dispute resolution, including arbitration (judicial or binding), mediation or private judge handling;
7. If a person injury action, a description of the injuries sustained by each plaintiff and the elements of claimed damage;
8. A statement of any settlement negotiations undertaken thus far;
9. The name of the attorney primary responsible for the case on behalf of the party filing the statement.

More than one party may join in the filing of a single statement.

The case management conference shall be attended by the attorney primarily responsible for the case on behalf of each party or a member of his or her firm or counsel formally associated in the case.  The attorney attending shall be thoroughly familiar with the case, and be able to engage in meaningful discussions with court and counsel, and to enter into agreements on behalf of his or her client on the following subjects:

1. The "at-issue" status of the case including the dismissal of the unnamed doe defendants or cross-defendants by agreement of all parties;
2. Discovery conducted and remaining to be done;
3. Amenability of the case to alternative dispute resolution including, but no limited to, arbitration (judicial or binding), mediation, and private judge handling.
4. Delineation of issues including stipulation of facts not in substantial controversy;
5. Settlement prospects;
6. Setting the matter for trial, pre-trial conferences, settlement conference or further case management conference;
7. Any other matters relevant to the processing of the case to a final resolution.

Any violation of these rules shall result in the imposition of substantial sanctions which may include monetary, issue, termination, or other appropriate sanctions.

EYRE VS ASRC FEDERAL HOLDING COMPANY, LLC, AN ALASKA LIMITED LIABILITY COMPANY ET AL
BCV-22-102271

**CERTIFICATE OF POSTING**

The undersigned, of said Kern County, certify:  That I am a Deputy Clerk of the Superior Court of the State of California, in and for the County of Kern, that I am a citizen of the United States, over 18 years of age, I reside in or am employed in the County of Kern, and not a party to the within action, that I served the ***Notice of Assignment/Notice of Order to Show Cause Re CRC 3.110/Notice of Case Management Conference*** attached hereto on all interested parties and any respective counsel of record in the within action by posting true copies thereof,  to the Superior Court of California, County of Kern, Non-Criminal Case Information Portal (https://www.kern.courts.ca.gov).


Date of Posting:        September 07, 2022

Place of Posting:       Bakersfield, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                **TAMARAH HARBER-PICKENS**
                                                CLERK OF THE SUPERIOR COURT

Date:  September 07, 2022                        Signed: 9/7/2022 4:51:12 PM

                                By:     _____
                                        Edith Carrillo, Deputy Clerk

Certificate of Posting - Notice of Assignment/Notice of Order to Show Cause Re CRC 3.110/Notice of Case Management Conference

# Exhibit C

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| T. JOSHUA RITZ & ASSOCIATES, INC.<br>— T. Joshua Ritz (SBN: 172364)<br>15233 Ventura Blvd, Ste. 1002,<br>Sherman Oaks, CA 91403<br><br>TELEPHONE NO.: 818-788-1123     FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Nalin Eyre | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1215 Truxtun Ave
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metro Division

PLAINTIFF/PETITIONER: Nalin Eyre

DEFENDANT/RESPONDENT: ASRC Federal Holding Company, LLC, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BCV-22-102271 |
|---|---|

TO *(insert name of party being served)*: ASRC Federal Holding Company, LLC.

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: September 28, 2022

T. Joshua Ritz
(TYPE OR PRINT NAME)                            ▶     (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify)*:
   Civil Case Cover Sheet, ADR Stipulation and Order Form Notice of Assignment, Notice of Order to Show Cause Re Rule 3.110 and Notice of Case Management Conference.

*(To be completed by recipient):*

Date this form is signed: 10/10/22

Jemuel Gascon     ASRC Federal Holding
Company LLC
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          ▶     (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| | Page 1 of 1 |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

1

### PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

2

I am employed in Fresno County, California. I am over the age of eighteen years and

3

not a party to the within-entitled action. My business address is 5200 North Palm Avenue, Suite 302,

4

Fresno, California 93704.2225. On this 18th day of October, 2022, I served a copy of the within

5

document(s):

6

### *NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL*

7

Based on a court order or an agreement of the parties to accept service by e-mail or

8

electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on

9

the attached service list on the dates and at the times stated thereon. I did not receive, within a

10

reasonable time after the transmission, any electronic message or other indication that the transmission

11

was unsuccessful. The electronic notification address of the person making the service is

12

lhammond@littler.com:

13

T. Joshua Ritz

14

T. Joshua Ritz & Associates, Inc.
15233 Ventura Blvd., Suite 1002

15

Sherman Oaks, CA 91403
Telephone: (818) 788-1123

16

Facsimile: (818) 788-1126
Email:

17

jritz@rrhllp.com

18

ctorres@rrhllp.com
ashahinyan@rrhllp.com

19

hguzman@rrhllp.com

20

I declare under penalty of perjury under the laws of the State of California that the above is

21

true and correct.

22

Executed on this 18th day of October, 2022, at Fresno, California.

23

24

*Lisa Hammond*

25

Lisa Hammond

26

27

28

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| T. JOSHUA RITZ & ASSOCIATES, INC.<br>— T. Joshua Ritz (SBN: 172364)<br>15233 Ventura Blvd, Ste. 1002,<br>Sherman Oaks, CA 91403 | |

TELEPHONE NO.: 818-788-1123       FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Plaintiff Nalin Eyre

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kern
STREET ADDRESS: 1215 Truxtun Ave
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metro Division

PLAINTIFF/PETITIONER: Nalin Eyre

DEFENDANT/RESPONDENT: ASRC Federal Holding Company, LLC, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BCV-22-102271 |
|---|---|

TO *(insert name of party being served):* AS&D, Inc.

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: September 28, 2022

T. Joshua Ritz
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify):*

Civil Case Cover Sheet, ADR Stipulation and Order Form Notice of Assignment, Notice of Order to Show Cause Re Rule 3.110 and Notice of Case Management Conference.

*(To be completed by recipient):*

Date this form is signed: 10/18/22

Jemvel Gason       AS&D, Inc.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

1  **PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

2        I am employed in Fresno County, California.  I am over the age of eighteen years and

3  not a party to the within-entitled action.  My business address is 5200 North Palm Avenue, Suite 302,

4  Fresno, California  93704.2225.  On this 18th day of October, 2022, I served a copy of the within

5  document(s):

6                  *NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL*

7        Based on a court order or an agreement of the parties to accept service by e-mail or

8  electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on

9  the attached service list on the dates and at the times stated thereon. I did not receive, within a

10  reasonable time after the transmission, any electronic message or other indication that the transmission

11  was unsuccessful. The electronic notification address of the person making the service is

12  lhammond@littler.com:

13  T. Joshua Ritz
14  T. Joshua Ritz & Associates, Inc.
   15233 Ventura Blvd., Suite 1002
15  Sherman Oaks, CA 91403
   Telephone: (818) 788-1123
16  Facsimile: (818) 788-1126
   Email:
17  jritz@rrhllp.com
   ctorres@rrhllp.com
18  ashahinyan@rrhllp.com
   hguzman@rrhllp.com
19

20    I declare under penalty of perjury under the laws of the State of California that the above is

21  true and correct.

22        Executed on this 18th day of October, 2022, at Fresno, California.

23

24

25  *Lisa Hammond*
   Lisa Hammond

26

27

28

# Exhibit D

# Exhibit E

# EYRE VS ASRC FEDERAL HOLDING COMPANY, LLC, AN ALASKA LIMITED LIABILITY COMPANY ET AL

| | |
|---|---|
| **Case Type** | 15-CV Other Employment - Civil Unlimited |
| **Case Number** | BCV-22-102271 |
| **Filing Date** | 8/26/2022 |
| **Case Status** | Pending |

## PARTIES

| Type | First Name | Middle Name | Last Name |
|---|---|---|---|
| Plaintiff | NALIN | | EYRE |
| Defendant | | | AS&D, INC., A CORPORATION |
| Defendant | | | ASRC FEDERAL HOLDING COMPANY, LLC, AN ALASKA LIMITED LIABILITY COMPANY |
| Defendant | BILL | | GULLEY |

## EVENTS

| File Date | File Type | Comment | Filed By | Documents |
|---|---|---|---|---|
| 9/7/2022 | Summons Issued and Filed | | PLAINTIFF - EYRE, NALIN | |
| 8/26/2022 | Civil Case Cover Sheet (CM-010) | | PLAINTIFF - EYRE, NALIN | |
| 8/26/2022 | Complaint | | PLAINTIFF - EYRE, NALIN | |
| 9/7/2022 | Order to Show Cause | Re: 3.110 Hearing Date: 12/21/2022 Hearing Time: 8:30AM Hearing Department/Division:H | | |
| 9/20/2022 | First Amended Complaint | FIRST AMENDED COMPLAINT FOR DAMAGES | PLAINTIFF - EYRE, NALIN | |
| 9/20/2022 | Summons Issued and Filed | First Amended Complaint | PLAINTIFF - EYRE, NALIN | |

## HEARINGS

| Date | Time | Dept. | Hearing Type | Result | Document |
|---|---|---|---|---|---|
| 12/21/2022 | 8:30 AM | Bakersfield Division H | Order to Show Cause - CRC 3.110 | | |
| 3/6/2023 | 8:30 AM | Bakersfield Division H | Case Management Conference | | |

# Exhibit F

# Exhibit G

# Exhibit H

United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE

CENTRAL DISTRICT *of* CALIFORNIA

U.S. Attorneys » Central District of California » About the U.S. Attorney's Office » Our District

# Federal Land And Facilities

Included within the district are widespread areas of federal lands, some of which are federal enclaves where federal jurisdiction is exclusive. The federal lands include five National Parks, four National Forests, large tracts of land managed by the Bureau of Land Management, lands administered by several Indian tribes, and several military installations. In addition, the Central District encompasses five Veteran's Administration facilities, seven federal prisons, a multitude of United States Postal facilities, and other federal facilities. In addition, the District is home to two of the largest ports in the country (combined, they represent the largest United States port area), and six major passenger and cargo airports.

a. Federal Lands and Parks:
Angeles National Forest
Cleveland National Forest
Los Padres National Forest
San Bernardino National Forest
Death Valley National Monument
Joshua Tree National Park
Mojave National Preserve
Channel Islands National Park
Santa Monica Mountains National Recreational Area
BLM Land Ranger Stations: Palm Springs, Barstow, Needles, Riverside, Temecula

b.Military Bases and Facilities
Barstow - Marine Corps Logistics Base
China Lake - Naval Air Weapons Station
Corona Naval Warfare Assessment Center
Edwards Air Force Base (partly located in the District)
El Segundo - Defense Contract Management District West
Encino Naval & Marine Corps Reserve Center
Fort Irwin National Training Center
Joint Forces Training Base – Los Alamitos
Long Beach Combined Support Maintenance Shop
Long Beach Supervisor of Shipbuilding, Conversion and Repair
Los Angeles Air Force Base
Los Angeles Naval & Marine Corps Reserve Center
March Joint Air Reserve Base
Naval Training Base – San Clemente Island
Ontario IAP Air National Guard Base
Palmdale - Production Flight Test Installation, Air Force Plant 42
Point Mugu Naval Air Weapons Station

Pomona Naval Industrial Reserve Ordnance Plant
Port Hueneme - Naval Civil Engineering Laboratory
Port Hueneme Division Naval Surface Warfare Center
Port Hueneme Naval Construction Battalion Center
San Bernardino Naval & Marine Corps Reserve Center
San Luis Obispo - Camp San Luis Obispo
San Pedro Coast Guard Support Center
Santa Barbara Naval Reserve Center
Santa Monica - Clover Field Civil Air Patrol Station
Seal Beach Naval Weapons Station
Twenty-Nine Palms Marine Corps Air Ground Combat Center
Van Nuys Air National Guard Base
Vandenberg Air Force Base

c. Indian Reservations: (approximate acreages of land holdings are given where known)
Agua Caliente, Palm Springs (31,000 acres)
Augustine, Coachella, CA
Cabazon, Indio, CA (1,700 acres)
Cahuilla, Anza, CA (18,800 acres)
Chemehuevi, Lake Havasu, AZ (land holdings in CA as well)
Colorado River Indian Tribes, Parker, AZ (land holdings in CA as well)
Morongo, Banning, CA (32,000 acres)
Pechanga, Temecula, CA (4,300 acres)
San Manuel, Patton, CA (650 acres)
Santa Rosa, Hemet, CA (11,000 acres)
Santa Ynez, Santa Ynez, CA (99 acres)
Soboba, San Jacinto, CA (5,900 acres)
Torres-Martinez Desert Cahuilla Indians, Thermal, CA (24,000 acres)
Twenty-Nine Palms, Coachella, CA

d. VA Hospitals
Westwood VA Hospital and Facility
Loma Linda VA Hospital
Long Beach VA Hospital
Los Angeles (Temple Street) VA Clinic

e. BOP Facilities:
United States Penitentiary, 3901 Klein Boulevard, Lompoc, CA 93436
United States Penitentiary, 1299 Seaside Avenue, Terminal Island, CA 90731
United States Penitentiary-Victorville, 13777 Air Expressway Blvd., Adelanto, CA 92301 Federal Correctional
Institution, 3600 Guard Road, Lompoc, CA 93436
Federal Correctional Institution-Medium I-Victorville &
Federal Correctional Institution-Medium II-Victorville
Both located at 13777 Air Expressway Blvd., Adelanto, CA 92301
Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, CA 90012

f. Ports, Airports, and Border Checkpoints
Los Angeles International Airport
Orange County (John Wayne) International Airport
Long Beach Airport
Hollywood Burbank Airport

Ontario International Airport
Palm Springs International Airport
Port of Los Angeles
Port of Long Beach
Temecula Station Border Checkpoint

Updated August 21, 2018

---

Was this page helpful?
Yes    No

# Exhibit I



Edwards Air Force Base

**Exclusive Federal Jurisdiction Areas with Major Roads and County Lines**

Current as of March 2010

5-USAF-257

# Exhibit J

| | |
|---|---|
| **From:** | colleen.evangelista-weeks.1@us.af.mil |
| **To:** | Gascon, Jemuel |
| **Cc:** | hannah.grigsby@us.af.mil |
| **Subject:** | Your Freedom of Information Act (FOIA) Request 2022-05959-F |
| **Date:** | Thursday, November 3, 2022 9:04:02 AM |
| **Attachments:** | 2022-05959-F_Final Response.pdf |
| | 173110e_5xUSAFx257xJurisdictionxAreasxwithxGatesxx2x.pdf |

**[EXTERNAL E-MAIL]**

Dear Mr. Gascon,

This email is in reference to your FOIA request 2022-05959-F received on 06-Oct-22. See attached your Final Response Letter.

Please direct any questions to the Edwards AFB FOIA Mailbox at s533c5@us.af.mil or call (661) 277-2268 and reference FOIA case number.

Sincerely,

//SIGNED//
COLLEEN EVANGELISTA-WEEKS, Civ, DAF
Freedom of Information Act Manager

# Exhibit K



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 412TH TEST WING (AFMC)**
**EDWARDS AIR FORCE BASE CALIFORNIA**

November 3, 2022

Colleen Evangelista-Weeks
412 CS/SCOK (FOIA)
15 North Muroc Drive
Edwards AFB, CA 93524

Jemuel Gascon
5200 North Palm Avenue Suite 302
Fresno, CA 93704

Dear Mr. Gascon,

     This is in response to your 27 September 2022, Freedom of Information Act (FOIA) request.  Your request was received 06 October 2022 and assigned case number 2022-05959-F. You sought the following:

     *"May I have the most updated version of this 2010 map of Edwards Air Force Base in California? The map is attached. Thank you. (Date Range for Record Search: From 01/01/2014 To 09/27/2022)"*

     A thorough search was conducted using search terms: "legislative, jurisdiction, map" and no records were located responsive to your request.  We, therefore, provide a "No Records" response.  Please note that the map you attached and supplied to our office named as the "2010 Exclusive Federal Jurisdiction Areas with Major Roads and County Lines" as a reference point in your FOIA request is the most up-to-date version of the map.

     If you disagree and interpret this response as an adverse action, you may write to the Secretary of the Air Force, through:  the Edwards AFB FOIA Mailbox at s533c5@us.af.mil, within 90 calendar days from the date of this letter.  Include in the appeal your reasons for reconsideration, and attach a copy of this letter. You may also submit your appeal on line at the Air Force's Public Access Link: https://efoia.cce.af.mil/.

     You may contact the Air Force FOIA Public Liaison Officer, Ms. Adriane Paris, at the AF FOIA Public Liaison Office (SAF/CN), 1800 Air Force Pentagon, Washington, DC 20330-1800, DAF.FOIA@us.af.mil or 703-614-8500. You may also seek dispute resolution services from the Office of Government Information Services, and can find information on this Office at https://ogis.archives.gov/mediation-program/request-assistance.htm.  Using the dispute resolution services, will not affect your appeal rights.

     The FOIA provides for the collection of fees based on the costs of processing a FOIA request and your fee category. In this case, we assessed no fees for processing this request.

Direct questions to the Edwards AFB FOIA Mailbox at s533c5@us.af.mil or call (661) 277-3015 and reference FOIA case number 2022-05959-F.

Sincerely,


//SIGNED//
Colleen Evangelista-Weeks, Civ, DAF
Freedom of Information Act Manager

# Exhibit M

| From: | LESCHINSKY, MARK H NH-03 USAF AFMC 412 CEG/CENME |
|---|---|
| To: | MILTON, JAMES T NH-02 USAF AFMC 412 CEG/CEIAP |
| Subject: | RE: Freedom of Information Act (FOIA) 2022-05956-F FYA (Suspense: Immediate) |
| Date: | Monday, October 3, 2022 10:07:13 AM |

James,

8 Draco is Building 8350.  It is well within the federal jurisdiction area
per your attached map.

Mark

Mark H. Leschinsky, NH-3, DAF
Chief, Execution Support Section
GeoBase Program Manager
412 Civil Engineer Group, 412 CEG/CENME
225 North Rosamond Boulevard, Edwards AFB, California 93524
661-277-1535, 661-816-0386
Mark.leschinsky@us.af.mil

-----Original Message-----
From: MILTON, JAMES T NH-02 USAF AFMC 412 CEG/CEIAP
<james.milton.1@us.af.mil>
Sent: Monday, October 3, 2022 9:51 AM
To: LESCHINSKY, MARK H NH-03 USAF AFMC 412 CEG/CENME
<mark.leschinsky@us.af.mil>; MASSMAN, JASON NH-03 USAF AFMC 412 CEG/CENME
<jason.massman.1@us.af.mil>
Cc: BOWEN, CASEY M NH-03 USAF AFMC 412 CEG/CEIAP <casey.bowen@us.af.mil>
Subject: Freedom of Information Act (FOIA) 2022-05956-F FYA (Suspense:
Immediate)

412 CEG/CENME,

I have received a FOIA tasker requesting:
"Whether the address of 8 DRACO DR AFRL, EDWARDS AIRFORCE BASE, CA 93254
falls within federal jurisdiction or federal enclave; and any documents
supporting the answer.  (Date Range for Record Search: From 1/1/1962 To
9/28/2022)"

I have attached Mr. Leschinsky latest email with jurisdiction map. I have
also attached the GIS location on 6 Draco (8350).
Please provide any documentation/maps/etc. you have on 8 DRACO DR AFRL,
EDWARDS AIRFORCE BASE, CA 93254 falls within federal jurisdiction>

Please accept a Suspense:  Immediate for your reply deliverable to our
office.

Realty Specialist
James T. Milton
412 Civil Engineer Group
412 CEG/CEIAP
225 North Rosamond Boulevard
Bldg 3500 Rm 10
Edwards AFB, CA, 93524
Telephone: 661-277-6728



Edwards GeoBase Map Viewer

10/3/22, 9:31 AM

Edwards GeoBase Map Viewer
Edwards Air Force Base, CMV v1.4.1

https://maps.area52.afnoaapps.usaf.mil/GISViewer/

**Building Information**

(1 of 3)

| | |
|---|---|
| Globalid | {BA7A9C98-7C3C-4FFC-A6EE-DDC31117C919} |
| Address Number | 8 |
| Address Number Suffix | Null |
| Alternate Building Number | Null |
| Alternate Feature Description | NA |
| Alternate Feature Name | NA |
| Area Size | 7412.32 |
| Area Size Uom | Square Foot |
| Building Address | 8 DRACO DR |
| Building Condition | Null |
| Building Condition Index | Null |

Zoom to

# Exhibit N



Edwards GeoBase Map Viewer
Edwards Air Force Base, CMV v1.4.1

**Building Information**

(1 of 3)

| | |
|---|---|
| GlobalId | {14FEBDB9-C226-463C-B53A-AA4E797865AE} |
| Address Number | 106 |
| Address Number Suffix | Null |
| Alternate Building Number | Null |
| Alternate Feature Description | NA |
| Alternate Feature Name | NA |
| Area Size | 12101.12 |
| Area Size Uom | Square Foot |
| Building Address | 106 NORTH MERCURY BLVD |
| Building Condition | Null |

Zoom to

:: Sites ∨    ⦿ Locations ∨    ▥ Basemaps ∨    ▲ Keith ⓖ ∨    ⍰ Help ❷

# Exhibit O

178
In8

# INVENTORY REPORT

# ON

# JURISDICTIONAL STATUS

# OF FEDERAL AREAS WITHIN

# THE STATES

### As of June 30, 1962



Compiled by
### GENERAL SERVICES ADMINISTRATION

## FOR OFFICIAL USE ONLY

# GENERAL SERVICES ADMINISTRATION



$\mathcal{S}_u$ *Washington 25, D.C.*

SEP 3 1964

The President
The White House

Dear Mr. President:

General Services Administration has completed the second
comprehensive inventory of the jurisdictional status of
Federal areas within the States.   The compilation of this
inventory reflects the interest which GSA, together with
the Bureau of the Budget and the Department of Justice,
have in the progress being made by all Federal agencies
in adjusting the legislative status of their properties.

This inventory, which is enclosed herewith, directly com-
plements the Inventory Report on Real Property Owned by
the United States Throughout the World, as of June 30, 1962,
which was also published by GSA.

The inventory will be made available to Federal agencies and
State Governments for use as a ready reference to assist in
the solution of jurisdictional status problems and in the
development of appropriate remedial legislation.  S. 815 and
H. R. 4433 pending before Congress would facilitate the
adjustment of legislative jurisdiction over Federal areas
within the States.

Respectfully yours,

BERNARD L. BOUTIN
Administrator

U. S. DEPT. OF AGRICULTURE
NATIONAL AGRICULTURAL LIBRARY

DEC 1 7 1964

C & R-PREP.

Enclosure

JURISDICTIONAL STATUS OF FEDERAL LAND AREAS
MULTIPLE COUNTY LISTINGS

1700 24220 04 9999 999 ANTELOPE TRAILER PARK
                       051 MONO
                       073 SAN DIEGO

1700 24221 04 9999 999 R AND R DIST HDQTRS
                       037 LOS ANGELES
                       059 ORANGE

1 700 24224 04 9999 999 IND RESERVE ORD PLANT
                       085 SANTA CLARA
                       087 SANTA CRUZ

1700 24232 04 9999 999 R AND R DIST HDQTRS
                       0 41 MARIN
                       0 67 SACRAMENTO
                       075 SAN FRANCISCO
                       077 SAN JOAQUIN
                       085 SANTA CLARA
                       107 TULARE

1700 24294 04 9999 999 MISSILE CENTER
                       045 MENDOCINO
                       053 MONTEREY
                       081 SAN MATEO

1700 24299 04 9999 999 PUBLIC WORKS OFFICE
                       077 SAN JOAQUIN
                       099 STANISLAUS

1700 24381 04 9999 999 AIR STATION
                       019 SAN BENITO
                       031 KINGS

1700 24382 04 9999 999 COMMUNICATION STATION
                       013 CONTRA COSTA
                       077 JOAQUIN

1700 24399 04 9999 999 AIR STATION
                       025 IMPERIAL
                       075 SAN FRANCISCO

1700 24417 04 9999 999 AIR FACILITY
                       025 IMPERIAL
                       065 RIVERSIDE

1700 24418 04 9999 999 MISSILE RANGE
                       045 MENDOCINO
                       053 MONTEREY
                       079 SAN LUIS OBISPO
                       081 SAN MATEO
                       083 SANTA BARBARA
                       111 VENTURA

1700 24427 04 9999 999 SECURITY GROUP ACTIVITY
                       055 NAPA
                       095 SOLANO
                       097 SONOMA

                       DEFENSE
                       ARMY

2100 20620 04 9999 999 MT VACA RADIO RELAY STA
                       055 NAPA
                       095 SOLANO

2100 20760 04 9999 999 ROBERTS CAMP
                       053 MONTEREY
                       079 SAN LUIS OBISPO

2100 20911 04 9999 999 TWO ROCK RANCH STATION
                       041 MARIN
                       097 SONOMA

2100 21852 04 9999 999 NIKE SAN FRAN SITE 59
                       075 SAN FRANCISCO
                       081 SAN MATEO

2100 22130 04 9999 999 PARKS CAMP
                       001 ALAMEDA
                       013 CONTRA COSTA

                       DEFENSE
                       AIR FORCE

5700 24504 04 9999 999 EDWARDS            AFB
                       037 LOS ANGELES

| AGENCY AND BUREAU | NO. OF INSTALL | JURISDICTIONAL STATUS (IN ACRES) | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | EXCLUSIVE | CONCURRENT | PARTIAL | PROPRIETORIAL | UNKNOWN | TOTAL |
| SOIL CONSERVATION SERVICE | 2 | .0 | .0 | .0 | 740.2 | .0 | 740.2 |
| TOTAL | 12 | 55,810.0 | .0 | .0 | 9,088,745.2 | .0 | 9,144,555.2 |
| INTERIOR | | | | | | | |
| INDIAN AFFAIRS, BUR OF | 1 | .0 | .0 | .0 | .0 | 1,499.1 | 1,499.1 |
| LAND MANAGEMENT, BUR OF | 6 | .0 | .0 | .0 | 17,511,255.8 | .0 | 17,511,255.8 |
| MINES BUREAU OF | 1 | .0 | .0 | .0 | 2.2 | .0 | 2.2 |
| NATIONAL PARK SERVICE | 4 | 2,039,217.0 | .0 | .0 | 269,730.2 | .0 | 2,308,947.2 |
| RECLAMATION, BUREAU OF | 17 | .0 | .0 | .0 | 1,038,109.7 | .0 | 1,038,109.7 |
| COMM FISHERIES, BUR OF | 10 | .0 | .0 | 3,538.2 | 35,740.5 | .0 | 39,278.7 |
| TOTAL | 39 | 2,039,217.0 | .0 | 3,538.2 | 18,854,838.4 | 1,499.1 | 20,899,092.7 |
| POST OFFICE | 23 | 10.8 | .0 | .0 | .0 | .0 | 10.8 |
| GENERAL SERVICES ADMINISTRA | 3 | .6 | .0 | .0 | 1.3 | .0 | 1.9 |
| VETERANS ADMINISTRATION | 2 | 450.5 | .0 | .0 | .0 | .0 | 450.5 |
| OTHER CIVIL AGENCIES | | | | | | | |
| FEDERAL AVIATION AGENCY | 12 | .0 | .0 | .0 | 370.1 | .0 | 370.1 |
| TOTAL OTHER AGENCIES | 12 | .0 | .0 | .0 | 370.1 | .0 | 370.1 |
| TOTAL CIVIL AGENCIES | 91 | 2,095,488.9 | .0 | 3,538.2 | 27,963,955.0 | 1,499.1 | 30,044,481.2 |
| DEFENSE | | | | | | | |
| MILITARY FUNCTIONS | | | | | | | |
| ARMY | 5 | 4,321.0 | .0 | 200.0 | 5,224.0 | .0 | 9,745.0 |
| AIR FORCE | 14 | 3,108.0 | .0 | 4,352.0 | 2,148.0 | .0 | 9,608.0 |
| NAVY | 2 | .0 | .0 | .0 | 9,486.0 | .0 | 9,486.0 |
| TOTAL DEFENSE | 21 | 7,429.0 | .0 | 4,552.0 | 16,858.0 | .0 | 28,839.0 |
| TOTAL ALL AGENCIES | 112 | 2,102,917.9 | .0 | 8,090.2 | 27,960,813.0 | 1,499.1 | 30,073,320.2 |
| TOTAL - 50 STATES | 11,232 | 5,922,581.0 | 24,175,674.0 | 12,489,393.3 | 728,135,837.5 | 11,629.5 | 770,735,115.3 |