UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALIN EYRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASRC FEDERAL HOLDING COMPANY, LLC, *et al*.<br><br>　　　　　Defendants. | Case No. 1:22-cv-01488-ADA-CDB<br><br>ORDER ON JOINT REQUEST CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 15) |

On November 16, 2022, this action was removed from Superior Court of California, County of Kern by Plaintiff Nalin Eyre ("Plaintiff"). (ECF No. 1). The Court set an initial scheduling conference for February 14, 2023, at 9:00 AM. (ECF No. 5). On December 15, 2022, Plaintiff filed a motion to remand. (ECF No. 13). On December 19, 2022, the parties filed a joint request to continue the February 14, 2023, initial scheduling conference. (ECF No. 15). The parties noted they have a private mediation scheduled with Mr. Kelly Knight on April 11, 2023 and believe it may result in an "imminent resolution of this mater." *Id*. at 2.

Based on the representations in the parties' joint request and for good cause shown, it is HEREBY ORDERED: The scheduling conference currently set for February 14, 2023, is continued to May 9, 2023, at 9:00 AM in Bakersfield, 510 19th Street before Magistrate Judge Christopher D. Baker. The parties shall appear at the conference remotely via Zoom video conference, and the Zoom ID and password will be provided to counsel by the Courtroom Deputy prior to the

1  conference. The parties are reminded of their obligation to file a joint scheduling report at least
2  one week prior to the conference and the report shall also be e-mailed, in Word format, to
3  CDBorders@caed.uscourts.gov.

4  IT IS SO ORDERED.

5  Dated: __**December 20, 2022**__             _____
6                                                UNITED STATES MAGISTRATE JUDGE